# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

DEMETRIUS J. HAWKINS

**WARRANT FOR ARREST**

CASE NUMBER: 2:06mj006-CSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Demetrius J. Hawkins__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy of knowingly and intentionally possessing with intent to distribute marijuana,
a Schedule I Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__

CHARLES S. COODY
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

January 17, 2006   Montgomery, Alabama
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest