# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DEMETRIUS J. HAWKINS | **WARRANT FOR ARREST**<br><br>CASE NUMBER: 2:06mj006-CSC |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Demetrius J. Hawkins__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy of knowingly and intentionally possessing with intent to distribute marijuana,<br>a Schedule I Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__

__CHARLES S. COODY__
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

(By) Deputy Clerk

__UNITED STATES MAGISTRATE JUDGE__
Title of Issuing Officer

__January 17, 2006     Montgomery, Alabama__
Date and Location

RECEIVED AND FILED
JAN 19 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED<br>1/17/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>1/16/06 | DEA Jonesboro, GA | By: Debi Brewer |

AO 442 (Rev. 5/81) Warrant for Arrest