IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JAN 20 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:06CR 012-F |
| v. ) | [21 USC 846] |
| ) | |
| CRAIG MICHAEL CANADY, SR., ) | |
| TROY COLDRIDGE WILLIAMS, ) | |
| TERRENCE CORNELIUS, ) | |
| DEMETRIUS J. HAWKINS ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

From in or about early January 2006, through and until January 15, 2006, in Montgomery County, Alabama, and elsewhere within the Middle District of Alabama and within the Northern District of Georgia,

CRAIG MICHAEL CANADY, SR.,
TROY COLDRIDGE WILLIAMS,
TERRENCE CORNELIUS,
DEMETRIUS J. HAWKINS,

defendants herein, did knowingly and intentionally conspire, combine and agree with each other and with other persons both known and unknown to the Grand Jury, to possess with intent to distribute approximately 700 pounds of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846.

A TRUE BILL:

*Jaynne D Gilbert*
Foreperson

*Leura G. Canary*
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
Kent B. Brunson
Assistant United States Attorney