AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

Demetrius J. Hawkins
(In Custody, Northern District of Georgia)

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case 2:06cr12-MEF

*[Stamp: UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA, 2006 JAN 25 A 8:21 RECEIVED]*

YOU ARE HEREBY COMMANDED to arrest __Demetrius J. Hawkins__
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Possession with Intent to Distribute Marijuana (1Ct)

**RETURNED AND FILED**

**JAN 26 2006**

**CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

in violation of Title __21__ United States Code, Section(s) __846__

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

BY: *[signature]*
Signature of Issuing Officer

1/24/06 - Montgomery, AL
Date and Location

*[Handwritten: Arrested on Complaint Warrant in Atlanta, GA w/o/k to M/AL]*

*[Stamp: RETURNED UNEXECUTED]*

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |