| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| | |
|---|---|
| √ INITIAL APPEARANCE | DATE: February 22, 2006 |
| ❐ BOND HEARING | |
| ❐ DETENTION HEARING | Digital Recording 4:06 - 4:21 |
| ❐ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❐ REMOVAL HEARING (R.40) | |
| √ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06cr12-MEF     **DEFENDANT NAME:** Demetrius J. Hawkins

**AUSA:** Kent Brunson     **DEFT. ATTY:** Malcolm Newman

**Type Counsel:** ( )Retained; (√) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** (√) NO; ( ) YES   Name:

---

| | |
|---|---|
| ❐ | Date of Arrest or ❐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❐ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney Malcolm Newman - Notice of Appearance to be filed |
| ❐ | Panel Attorney Appointed; ❐ to be appointed - prepare voucher |
| ❐ | Deft. Advises he will retain counsel. Has retained _____ |
| ❐ | ❐ Government's ORAL Motion for Detention Hrg. ❐ to be followed by written motion; ❐ Government's WRITTEN Motion for Detention Hrg. filed |
| ❐ | Detention Hearing ❐ held; ❐ set for |
| ❐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❐ | Release order entered. Deft advised of conditions of release |
| ❐ | ❐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Defendant to remain in Marshal's custody. (Detention Hearing held in GA) |
| ❐ | Deft. ORDERED REMOVED to originating district |
| ❐ | Waiver of ❐ preliminary hearing; ❐ Waiver Rule 40 hearing |
| ❐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. |
| | DISCOVERY DISCLOSURE DATE: 2/22/06 |
| √ | WAIVER of Speedy Trial. CRIMINAL TERM: 9/11/06 |
| ❐ | NOTICE to retained Criminal Defense Attorney handed to counsel |