IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| VS. | * | CR NO.: 2:06-CR-12-MEF |
| | * | |
| DEMETRIUS HAWKINS | * | |
| | * | |
| | * | |
| | * | |

**MOTION FOR PRE-TRIAL RELEASEFROM**
**DETENTION OR MODIFICATION**
**OF RELEASE TERMS**

Comes now counsel for the Defendant, Demetrius Hawkins, pursuant to 18 U.S.C. Section 1342 and moves this Court to release him from detention pending trial presently scheduled for September 11, 2006. Defendant submits and contends that the present Conditions of Release imposed by the Court in the Northern District of Georgia, and adopted by this Court, are excessively restrictive and deny the Defendant's right to bail as guaranteed by the Eighth Amendment to the Constitution of the United States.

Defendant further contends that less restrictive measures can be imposed or ordered that would allow Defendant's right to Pre-trial Release and reasonably assure his appearance at trial.

Wherefore, Defendant prays this Court will review the current Pre-trial Release Conditions and order that he be released, or modify the terms of said Pre-trial Release to enable the Defendant to enjoy the full measure of his Right to Bail.

        Malcolm R. Newman, Attorney, P.C.

        /s/ Malcolm R. Newman
        Malcolm R. Newman (NEW017)
        Attorney for Defendant Morales
        P.O. Box 6137
        Dothan, Alabama 36302
        (334) 792-2132
        ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Leura G. Canary
One Court Square Suite 201
Montgomery, Alabama 36104

Kent B. Brunson
One Court Square Suite 201
Montgomery, Alabama 36104

        /s/ Malcolm R. Newman, Esq.
        Malcolm R. Newman, Esq.