IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06cr12-MEF |
| | ) |
| DEMETRIUS HAWKINS | ) |

**ORDER**

Upon consideration of defendant's motion for pretrial release (Doc. # 56), filed March 15, 2006, and for good cause, it is

ORDERED that the government file a response to the motion on or before March 24, 2006.

DONE, this 16th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE