IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-12-MEF |
| | ) | |
| DEMETRIUS HAWKINS | ) | |

<u>RESPONSE TO MOTION FOR PRE-TRIAL RELEASE</u>
<u>FROM DETENTION OR MODIFICATION OF RELEASE TERMS</u>

Comes now the United States of America by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and in response to the above styled motion, the following is submitted:

1) Defendant, Demetrius Hawkins, is one of four defendants indicted for possession with intent to distribute approximately seven hundred pounds of marijuana.

2) Defendant Hawkins was arrested in Georgia where he made his initial appearance. A Bond/Pretrial Detention hearing was held with bond set at $50,000 with Surety/Cash ordered with his mother to co-sign the bond (See Exhibit "A").

3) Defendant Hawkins now moves that the release terms be modified but does not specify what conditions he wishes to be changed.

4) The United States submits the release conditions are reasonable and are not excessively restrictive.

Wherefore, premises considered, the United States submits that Defendant's motion is due to be denied.

Respectfully submitted this the 22nd day of March, 2006.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Kent B. Brunson
        KENT B. BRUNSON
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-12-MEF |
| | ) | |
| DEMETRIUS HAWKINS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Malcolm R. Newman.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov