MAGISTRATE'S CRIMINAL MINUTES       FILED IN OPEN COURT
REMOVALS (RULE 40)                   DATE: 1/24/06 @ 2:52
                                     TAPE: 06-09 @ 3020
                                     TIME IN COURT: 19 mins

MAGISTRATE E. CLAYTON SCOFIELD III, PRESIDING
ANGELA SMITH DEPUTY CLERK
CASE NUMBER 1:06-mj-55          DEFENDANT'S NAME Demetrius Hawkins
AUSA Carolie Howard; Intern Leonid Felym   DEFENDANT'S ATTY Paul Cognac
USPO Steve Dorman               Type Counsel (circle)  Retained  (CJA)  FDP

____ Initial appearance hearing held.
____ Defendant informed of rights.
____ ORDER appointing Federal Defender Program attorney for defendant.
____ ORDER appointing _____ attorney for defendant.
____ ORDER defendant shall pay attorney's fees as follows: _____

____ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.
____ Defendant WAIVES preliminary hearing (___ In this district only). WAIVER FILED.
____ Removal hearing set/reset/cont to _____ @ _____.
____ Removal hearing HELD.
____ Order finding Probable Cause. Defendant held to District Court for removal to other district.
____ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
____ Order defendant removed to other district. Commitment issued _____
____ Miscellaneous: _____

### BOND/PRETRIAL DETENTION HEARING

____ Government Motion for DETENTION filed.
✓ Bond/Pretrial DETENTION hearing held.
____ Pretrial detention hearing set for _____. (__ In charging district)
____ (__VERBAL) Motion to reduce bond GRANTED.
____ (__VERBAL) Motion to reduce bond DENIED.
____ Pretrial DETENTION ORDERED. (Written order to follow _____).
✓ BOND SET at $ 50,000.00
    ____ NON-SURETY
    ✓ SURETY/CASH: ____ Property Acceptable: ____ Corporate Surety Only
    ____ Combination: _____
✓ SPECIAL CONDITIONS: Mother to co-sign the bond

____ BOND FILED. Defendant RELEASED.
____ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

____ SEE BACK