IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr12-MEF |
| | ) | |
| DEMETRIUS HAWKINS | ) | |

## **ORDER**

Upon consideration of defendant's motion for pretrial release (Doc. # 56), filed March 15, 2006, and the government's response (Doc. 61), filed March 22, 2006, and for good cause, it is

ORDERED that the motion be and hereby is DENIED.

DONE, this 27th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE