IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **VS.** | * | **CR NO.: 2:06-CR-12-MEF** |
| | * | |
| **DEMETRIUS HAWKINS** | * | |
| | * | |
| | * | |
| | * | |

## MOTION FOR ORDER TO PRODUCE

Comes now counsel for the Defendant, Demetrius Hawkins, moves the Court for an Order to the U.S. Marshalls to produce Defendant, Demetrius Hawkins for the Preliminary Hearing on April 3, 2006 at 3:00 p.m.

Malcolm R. Newman, Attorney, P.C.

/s/  Malcolm R. Newman
Malcolm R. Newman (NEW017)
Attorney for Defendant Hawkins
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Leura G. Canary
One Court Square Suite 201
Montgomery, Alabama 36104

Kent B. Brunson
One Court Square Suite 201
Montgomery, Alabama 36104

/s/ Malcolm R. Newman, Esq.
Malcolm R. Newman, Esq.