IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr012-MEF |
| | ) | WO |
| DEMETRIUS HAWKINS | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion for order to produce defendant for the

preliminary hearing (Doc. # 67) filed March 29, 2006, which the court construes as a motion

to produce defendant for the pretrial conference, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  The United States Marshal

is DIRECTED to produce defendant for the pretrial conference scheduled for 3:00 p.m. on

April 3, 2006.

DONE, this 30th day of March, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE