**COURTROOM DEPUTY'S MINUTES**                         **DATE:** April 3, 2006

**MIDDLE DISTRICT OF ALABAMA**                        **Digital Recording:** 3:08 - 3:13

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker         **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 2:06cr12-MEF         **DEFENDANT(S)** Terrence Cornelius, Demetrius J. Hawkins

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Hardwick standing in for Kent Brunson | * | Malcolm Newman (Hawkins) |
| | * | Paul Cooper  (Cornelius) |
| | * | |

☐ **DISCOVERY STATUS:**
   Completed - no issues

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   No plea discussions at this point
   Notice of intent to change plea to be filed on or before noon 8/30/06

☐ **TRIAL STATUS**
   Trial time - 2-3 days

☐ **REMARKS:**
   Appearance Bond, Agreement to Forfeit Property, Order Setting Conditions of Release filed in
   the Northern District of Georgia executed by defendant in this district.