IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr12-MEF |
| | ) | |
| TERRENCE CORNELIUS | ) | |
| DEMETRIUS J. HAWKINS | ) | |

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on April 3, 2006 before the undersigned Magistrate Judge.  Present at this conference were Paul Cooper, counsel for the defendant Terrence Cornelius; Malcolm Newman, counsel for defendant Demetrius J. Hawkins; and Assistant United States Attorney Tommie Hardwick standing in for Kent Brunson, counsel for the government.  As a result of the conference, it is hereby ORDERED as follows:

1.    Jury selection is set for September 11, 2006.  The trial of this case is set during the trial term commencing on September 11, 2006 before Chief United States District Judge Mark E. Fuller and is expected to last 2 - 3 days.

2.    The following motions are pending: defendant Terrence Cornelius' motion to suppress and motion for leave to appear pro hac vice by Attorney Howard Greenberg as to defendant Terrence Cornelius.  A

hearing on the motion to suppress has been scheduled for July 11, 2006 at 9:00 a.m.

3.  Proposed voir dire questions shall be filed on or before September 5, 2006.  Counsel should not include questions seeking information which is provided in the jury questionnaire.

4.  All motions in limine shall be filed on or before September 5, 2006. Motions in limine must be accompanied by a brief.  Failure to file a brief will result in denial of the motion.

5.  Proposed jury instructions shall be filed on or before September 5, 2006.

6.  The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C) unless notice is filed on or before noon on August 30, 2006 .  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on September 11, 2006.  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on September 11, 2006, as to all defendants, even

though a particular guilty plea was not accepted by the court.

7.      This case is set for a second pretrial conference on August 21,  2006 at

3:00 p.m. in Courtroom 5B.

DONE, this 4th day of April, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE