**MAGISTRATE'S CRIMINAL MINUTES**  **FILED IN OPEN COURT**
**REMOVALS (RULE 40)**  DATE: 1/24/06 @ 2:52
  TAPE: 06-09 @ 3020
  TIME IN COURT: 19 mins

**MAGISTRATE E. CLAYTON SCOFIELD III, PRESIDING**
**ANGELA SMITH DEPUTY CLERK**
CASE NUMBER 1:06-mj-55    DEFENDANT'S NAME Demetrius Hawkins
AUSA Carolie Howard, Intern Leonid Felgin  DEFENDANT'S ATTY Paul Cognac
USPO Steve Dorman    Type Counsel (circle) Retained (CJA) FDP

_____ Initial appearance hearing held.
_____ Defendant informed of rights.
_____ ORDER appointing Federal Defender Program attorney for defendant.
_____ ORDER appointing _____ attorney for defendant.
_____ ORDER defendant shall pay attorney's fees as follows: _____

_____ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.
_____ Defendant WAIVES preliminary hearing (___ In this district only). WAIVER FILED.
_____ Removal hearing set/reset/cont to _____ @ _____.
_____ Removal hearing HELD.
_____ Order finding Probable Cause. Defendant held to District Court for removal to other district.
_____ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
_____ Order defendant removed to other district. Commitment issued _____
_____ Miscellaneous: _____

### BOND/PRETRIAL DETENTION HEARING

_____ Government Motion for DETENTION filed.
✓ Bond/Pretrial DETENTION hearing held.
_____ Pretrial detention hearing set for _____. (___ In charging district)
_____ (___VERBAL) Motion to reduce bond GRANTED.
_____ (___VERBAL) Motion to reduce bond DENIED.
_____ Pretrial DETENTION ORDERED. (Written order to follow _____).
✓ BOND SET at $ 50,000.00
  _____ NON-SURETY
  ✓ SURETY/CASH: _____ Property Acceptable: _____ Corporate Surety Only
  _____ Combination: _____
✓ SPECIAL CONDITIONS: Mother to co-sign the bond

_____ BOND FILED. Defendant RELEASED.
_____ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

_____ SEE BACK

**MAGISTRATE'S CRIMINAL MINUTES**  
**REMOVALS (RULE 40)**

FILED IN OPEN COURT  
DATE: 1/23/06 @ 2:57  
TAPE: 06-09 @ 0  
TIME IN COURT: 23 mins

MAGISTRATE <u>E. CLAYTON SCOFIELD III</u> PRESIDING  
<u>ANGELA SMITH</u> DEPUTY CLERK  
CASE NUMBER <u>1:06-MJ-55</u>          DEFENDANT'S NAME <u>Demetrius Hawkins</u>  
AUSA <u>Candie Howard, Intern Leonid Felgin</u>   DEFENDANT'S ATTY <u>Paul Cognac</u>  
USPO <u>Steve Dorman</u>          Type Counsel (circle)   Retained  (CJA)  FDP

____ Initial appearance hearing held.  
____ Defendant informed of rights.  
____ ORDER appointing Federal Defender Program attorney for defendant.  
____ ORDER appointing _____ attorney for defendant.  
____ ORDER defendant shall pay attorney's fees as follows: _____  
✓ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.  
____ Defendant WAIVES preliminary hearing (___ In this district only). WAIVER FILED.  
____ Removal hearing set/reset/cont to _____ @ _____.  
____ Removal hearing HELD.  
____ Order finding Probable Cause. Defendant held to District Court for removal to other district.  
____ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.  
____ Order defendant removed to other district. Commitment issued _____  
____ Miscellaneous: _____

**BOND/PRETRIAL DETENTION HEARING**

____ Government Motion for DETENTION filed.  
✓ Bond/Pretrial DETENTION hearing started.  Motion by the Dft to continue the hearing until 1/24/06 @ 2:30 p.m. GRANTED  
____ Pretrial detention hearing set for _____. (__ In charging district)  
____ (__VERBAL) Motion to reduce bond GRANTED.  
____ (__VERBAL) Motion to reduce bond DENIED.  
____ Pretrial DETENTION ORDERED. (Written order to follow _____).  
____ BOND SET at $_____.  
         ____ NON-SURETY  
         ____ SURETY/CASH: ____ Property Acceptable: ____ Corporate Surety Only  
         ____ Combination: _____  
____ SPECIAL CONDITIONS: _____

____ BOND FILED. Defendant RELEASED.  
____ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

____ SEE BACK

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 2 3 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

__NORTHERN__ DISTRICT OF __GEORGIA__

UNITED STATES OF AMERICA

v.

__DEMETRIUS HAWKINS__

Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: 1:06-MJ-55

CHARGING DISTRICTS
CASE NUMBER: 2:06-MJ-006 CSC

I understand that charges are pending in the __Middle__ District of __Alabama__ alleging violation of __21:841(a)(1) and 846__ and have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_1/23/06_
Date

_____
Defendant

_____
Defense Counsel

**MAGISTRATE'S CRIMINAL MINUTES**     FILED IN OPEN COURT
**REMOVALS (RULE 40)**     DATE: 1/20/06 @ 3:31
    TAPE: 06-08 @ 2907
    TIME IN COURT: 6 mins

MAGISTRATE **E. CLAYTON SCOFIELD III** PRESIDING
**ANGELA SMITH** DEPUTY CLERK
CASE NUMBER 1:06-mj-55     DEFENDANT'S NAME Demetrius Hawkins
AUSA Candie Howard, Intern Leonid Felgin     DEFENDANT'S ATTY Tasha Silas
USPO Steve Dorman     Type Counsel (circle) Retained CJA **(FDP)**

_____ Initial appearance hearing held.
_____ Defendant informed of rights.
_____ ORDER appointing Federal Defender Program attorney for defendant.
_____ ORDER appointing _____ attorney for defendant.
_____ ORDER defendant shall pay attorney's fees as follows: _____

_____ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.
_____ Defendant WAIVES preliminary hearing (___ In this district only). WAIVER FILED.
_____ Removal hearing set/reset/cont to _____ @ _____.
_____ Removal hearing HELD.
_____ Order finding Probable Cause. Defendant held to District Court for removal to other district.
_____ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
_____ Order defendant removed to other district. Commitment issued _____
_____ Miscellaneous: _____

### BOND/PRETRIAL DETENTION HEARING

_____ Government Motion for DETENTION filed.
__✓__ Bond/Pretrial DETENTION hearing ~~held~~ continued until 1/28/06 @ 2:30 p.m.
_____ Pretrial detention hearing set for _____. (___ In charging district)
_____ (___VERBAL) Motion to reduce bond GRANTED.
_____ (___VERBAL) Motion to reduce bond DENIED.
_____ Pretrial DETENTION ORDERED. (Written order to follow _____).
_____ BOND SET at $ _____.
    _____ NON-SURETY
    _____ SURETY/CASH: _____ Property Acceptable: _____ Corporate Surety Only
    _____ Combination: _____
_____ SPECIAL CONDITIONS: _____

_____ BOND FILED. Defendant RELEASED.
_____ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

_____ SEE BACK

**WITNESSES:**

D1- Pauline Cone

D2- Samuel Cone

**EXHIBITS:**

**MAGISTRATE'S CRIMINAL MINUTES**  
**REMOVALS (RULE 40)**

FILED IN OPEN COURT  
DATE: 1/17/06 @ 4:17  
TAPE: 06-06 @ 7110  
TIME IN COURT: 4 mins

MAGISTRATE <u>E. CLAYTON SCOFIELD III</u> PRESIDING  
<u>ANGELA SMITH</u> DEPUTY CLERK  
CASE NUMBER <u>1:06-MJ-55</u>   DEFENDANT'S NAME <u>Demetrius Hawkins</u>  
AUSA <u>Carolie Howard, Intern Leonid Felzin</u>   DEFENDANT'S ATTY <u>Tasha Silas</u>  
USPO <u>Steve Dorman</u>   Type Counsel (circle)   Retained   CJA   **(FDP)**

✓ Initial appearance hearing held.  
✓ Defendant informed of rights.  
✓ ORDER appointing Federal Defender Program attorney for defendant. — IA Only  
___ ORDER appointing _____ attorney for defendant.  
___ ORDER defendant shall pay attorney's fees as follows: _____

___ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.  
___ Defendant WAIVES preliminary hearing (___ In this district only). WAIVER FILED.  
✓ Removal hearing set/reset/cont to <u>1/20/06</u> @ <u>2:00 p.m.</u>  
___ Removal hearing HELD.  
___ Order finding Probable Cause. Defendant held to District Court for removal to other district.  
___ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.  
___ Order defendant removed to other district. Commitment issued _____  
___ Miscellaneous: _____

**BOND/PRETRIAL DETENTION HEARING**

✓ Government Motion for DETENTION filed.  
___ Bond/Pretrial DETENTION hearing held.  
✓ Pretrial detention hearing set for <u>1/20/06 @ 2:00 p.m.</u> (___ In charging district)  
___ (___VERBAL) Motion to reduce bond GRANTED.  
___ (___VERBAL) Motion to reduce bond DENIED.  
___ Pretrial DETENTION ORDERED. (Written order to follow _____).  
___ BOND SET at $_____.  
   ___ NON-SURETY  
   ___ SURETY/CASH: ___ Property Acceptable: ___ Corporate Surety Only  
   ___ Combination: _____  
___ SPECIAL CONDITIONS: _____

___ BOND FILED. Defendant RELEASED.  
___ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

___ SEE BACK

FILED IN OPEN COURT
U.S.D.C. Atlanta
JAN 1 7 2005
LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER OF TEMPORARY DETENTION |
| vs. | PENDING HEARING PURSUANT |
| | TO BAIL REFORM ACT |
| DEMETRIUS J. HAWKINS | CASE NO: 1:06-MJ-55 |

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for [1] 1/20/06 at 2:00 before United States Magistrate Judge E. Clayton Scofield III, U.S. Courthouse, Richard B. Russell Building, 18th Floor, Courtroom 1810, 75 Spring Street, S.W., Atlanta, Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 17 day of January 2005.

E.C-Sc_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. 3142(f)(2).
A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate; or attempt to threaten, injure, or intimidate a prospective witness or juror.

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 1 7 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DEMETRIUS J. HAWKINS,

    Defendant.

CASE NO. 1:06-MJ-55

### ORDER APPOINTING COUNSEL

Tasha Silas - I A Only

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 17th day of January, 2006.

E. _____
**UNITED STATES MAGISTRATE JUDGE**

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | GEORGIA |
|---|---|---|

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| V. | DISTRICT |
| DEMETRIUS HAWKINS | |

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 17 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 1:06-MJ-55 | 2:06CR012-F | | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   21   U.S.C. §   841(a)(1) and 846

A TRUE COPY

**DISTRICT OF OFFENSE**
Middle District of Alabama

**DESCRIPTION OF CHARGES:**

Possession with intent to distribute a controlled substance.

FEB 17 2006

Luther D. Thomas, Clerk
By: _____ Deputy Clerk

**CURRENT BOND STATUS:**

☒ Bail fixed at  50,000.00 Secured  and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☐ Federal Defender Organization | X CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | X No | ☐ Yes | Language: | |

**DISTRICT OF  Alabama**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2/17/06                 E. Clemon Jr.
_____         _____
Date                    Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |