IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr012-MEF |
| | ) | |
| DEMETRIUS J. HAWKINS | ) | |

## **ORDER**

Counsel for defendant was not present for the pretrial conference that was set for August 21, 2006 at 3:00 p.m. Accordingly, and for good cause, it is

ORDERED that a pretrial conference is scheduled for 8:30 a.m. on Friday, August 25, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 23rd day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE