| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** August 25, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 8:28 - 8:35 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr12-MEF | **DEFENDANT(S)** Demetrius Hawkins |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * | Malcolm Newman |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Mr. Newman is directed to notify the court by Friday, September 1, 2006 regarding plea or trial as to defendant Hawkins.

☐ **TRIAL STATUS**
   Trial at this point
   Trial time - 3 days if 2 defendant trial

☐ **REMARKS:**
   Court discussions with Mr. Newman regarding why he was not present on 8/21/06 for pretrial conference.
   Discussions regarding Mr. Newman's difficulty getting in contact with defendant and defendant not responding to letters sent to him by Mr. Newman.