IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **VS.** | * | **CR NO.: 2:06-CR-12-MEF** |
| | * | |
| **DEMETRIUS HAWKINS** | * | |
| | * | |
| | * | |
| | * | |

## NOTICE OF PLEA STATUS

Comes now Counsel for the Defendant, Demetrius Hawkins and represents unto the Court that the Defendant has contacted Counsel and stated that he desires a trial on the charges against him.

                                              Malcolm R. Newman, Attorney, PC

                                              /s/ Malcolm R. Newman
                                              Malcolm R. Newman (NEW017)
                                              P.O. Box 6137
                                              Dothan, Alabama 36302
                                              (334)792-2132
                                              ASB-2826-M39M

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2006, I electronically filed the forgoing with the Clerk of the Court using the SM/ECF System which will send notification of such filing.

                                              /s/ Malcolm R. Newman
                                              Malcolm R. Newman