IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-012-MEF |
| | ) | |
| TERRENCE CORNELIUS | ) | |
| DEMETRIUS J. HAWKINS | ) | |

## O R D E R

It is hereby ORDERED that jury selection and trial of the above referenced case set for September 18, 2006 is continued to **September 25, 2006** at 10:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that oral argument on the Motion in Limine (Doc. # 119) set for September 18, 2006 is continued to **September 25, 2006** at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 15th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE