IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:06-cr-12-MEF |
| | ) | |
| TERRENCE CORNELIUS | ) | |
| DEMETRIUS HAWKINS | ) | |

## EXHIBIT LIST

*At completion of trial, after mistrial, exhibits returned to Gov't.

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO. | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| Yes | 9-25-06 | 9-25-06 | 1 | Barnes | | Photo of boxes |
| Yes | 9-25-06 | 9-25-06 | 2 | Barnes | | Photo of boxes |
| Yes | 9-25-06 | 9-25-06 | 3 | Barnes | | Photo of boxes |
| Yes | 9-25-06 | 9-25-06 | 4 | Barnes | | Photo of boxes |
| Yes | 9-25-06 | 9-25-06 | 5 | Barnes | | Photo of marijuana |
| Yes | 9-25-06 | 9-25-06 | 6 | Barnes | | Photo of marijuana |
| Yes | 9-25-06 | 9-25-06 | 7 | Barnes | | Photo of marijuana |
| Yes | 9-25-06 | 9-25-06 | 8 | Barnes | | Photo of marijuana |
| Yes | 9-25-06 | 9-25-06 | 9 | Barnes | | Photo of marijuana |
| Yes | 9-26-06 | 9-26-06 | 10 | Dyar | | Photo of car |
| Yes | 9-26-06 | 9-26-06 | 11 | Dyar | | Photo of car |
| Yes | 9-26-06 | 9-26-06 | 12 | Dyar | | Photo of Cornelius |
| Yes | 9-26-06 | 9-26-06 | 13 | Dyar | | Photo of Cornelius |
| Yes | 9-26-06 | 9-26-06 | 14 | Dyar | | Photo of Cornelius |
| Yes | 9-26-06 | 9-26-06 | 15 | Dyar | | Photo of Williams |
| Yes | 9-25-06 | 9-25-06 | 16a | Herman | X | CD of phone calls and transcripts |
| Yes | 9-27-06 | 9-27-06 | 17 | Canady | | Phone number of Canady |
| | | | 18 | | | Phone logs |
| | | | 19 | | | Budget receipt |
| Yes | 9-27-06 | 9-26-06 | 20 | Rapp, Herman | | Notes |
| Yes | 9-26-06 | 9-26-06 | 21 | Williams | | Phone Log |
| | | 9-26-06 | 22 | Rapp | | |
| Yes | 9-26-06 | 9-26-06 | 23 | Williams | | McDonalds Receipt |

SCANNED