| COURTS '  **EXHIBITS**  CR NO. 2:06CR12-MEF | UNITED STATES OF AMERICA  vs  TERRENCE CORNELIUS AND DEMETRIUS J. HAWKINS |
|---|---|
| **JURY TRIAL** | PRESIDING JUDGE: MARK E. FULLER |
| **exhibits maintained w/file in separate binder** | Court Reporter: JIMMY DICKENS |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| YES | | 9/28/06 | 1 | | | Note from the Jury |
| YES | | 9/28/06 | 2 | | | Note from the Jury |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |