| DEFENDANT TERRENCE CORNELIUS **EXHIBITS**  CR NO. 2:06CR12-MEF | UNITED STATES OF AMERICA vs  TERRENCE CORNELIUS & DEMETRIUS J. HAWKINS. |
|---|---|
| **JURY TRIAL** | PRESIDING JUDGE: MARK E. FULLER |
|  | Court Reporter: JIMMY DICKENS |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
|  |  | 9/25/06 | A |  |  |  |
| YES | 9/25/06 | 9/25/06 | B |  |  | Note |
|  |  | 9/26/06 | C |  |  |  |
| YES | 9/26/06 | 9/26/06 | D |  |  | 1/16/06 Canady Statement |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  | **\*\*Exhibits returned to counsel at end of trial\*\*** |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |