IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 2:06CR12-MEF |
| | ) | |
| TERRENCE CORNELIUS AND DEMETRIUS HAWKINS | ) | Jury Trial: 9/25/06 - 9/28/06 Before: Chief Judge Mark E. Fuller |

**WITNESS LIST**

**GOVERNMENT**                                    **DEFENDANT**

Will Barnes
Andy Sutley
Joe Herman
John Rapp
Lamar Dyar
Troy Williams
James Perry
Keith Cromer
Spring Williams
Craig Canady