| DEFENDANT HAWKINS **EXHIBITS** CR NO. 2:06CR12-MEF | | | | | | UNITED STATES OF AMERICA vs  TERRENCE CORNELIUS AND DEMETRIUS J. HAWKINS |
|---|---|---|---|---|---|---|
| **JURY TRIAL** | | | | | | PRESIDING JUDGE: MARK E. FULLER |
| | | | | | | Court Reporter: JIMMY DICKENS |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| | | 9/26/06 | 1 | | | |
| YES | 9/27/06 | 9/27/06 | 2 | Herman | | Bureau of Investigation Report of 1/16/05 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |