IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-12-MEF |
| | ) | |
| TERRENCE CORNELIUS | ) | |
| DEMETRIUS HAWKINS | ) | |

FILED
SEP 2 5 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## JOINT STIPULATION

We, the parties in the above styled matter, agree and stipulate that the marijuana seized on January 15, 2006, from the tractor-trailer being driven by Craig Canady, was sent to the DEA Central Regional Laboratory where the substance was analyzed by James B. Iwamoto, Forensic Chemist. The parties agree the attached Laboratory Report is true and accurate and waive the appearance of Mr. Iwamoto. The parties agree the laboratory report is admissible by stipulation.

_Kent Brunson_
Kent B. Brunson
Assistant United States Attorney

_Paul R. Cooper_
Paul R. Cooper
Attorney for Defendant Cornelius

_Terrence Cornelius_
Terrence Cornelius
Defendant

_Malcolm Rance Newman_
Malcolm R. Newman
Attorney for Defendant Hawkins

_Demetrius Hawkins_
Demetrius J. Hawkins
Defendant

**U.S. Department of Justice**
Drug Enforcement Administration

Read Instructions on Reverse before completing.

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|---|
| ☐ Lab. Seizure | ☐ Purchase | ☒ Seizure | ☐ Free Sample | KI-06-0017 | HID100 | UGM1D |
| ☐ Internal Body Carry | ☐ Money Flashed | ☐ Compliance Sample (Non-Criminal) | | | | |
| | ☐ Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| MONTGOMERY COUNTY, AL | 01-15-2006 | CANADAY, Craig |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | | |
|---|---|---|---|
| | ☐ Case No. OR No. | ☐ Seizure No. | |
| | 7. DATE PREPARED | | 8. GROUP NO. |
| | 01-23-2006 | | 40 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1A | NA | MARIJUANA | GREEN VEGETABLE MATTER | 387.2 GG | 387.2 GG | 0 |
| 1B THRU 1K | NA | MARIJUANA | TEN (10) MANILLA ENVELOPES WITH HANDWRITING DESIGNAT- ING THE RESPECTIVE SAMPLES WHICH CONTAIN A GREEN VEGETABLE MATTER | 259.2 GG | 259.2 GG | -0- |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  ☒ NO (included above)   ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
Exhibits 1A through 1K, described above, were representative samples taken from Exhibit 1 (approximately 669 pounds of suspected marijuana seized during a traffic stop on January 15, 2006 in Montgomery County, Alabama). The samples were taken by SA Thompson and TFO Herman on January 18, 2006 at ABI Headquarters. TFO Herman marked and initialed the exhibits as evidence as witnessed by SA Thompson. TFO Herman continued to maintain custody of the exhibits until forwarding them to the South Central Regional Laboratory for analysis and safekeeping via registered mail-return receipt requested.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| TFO JOE HERMAN | GS MARSHALL SIMONS |

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 2 | RB985727745US | |
| 22. SEAL ☐ Broken  ☒ Unbroken | 23. RECEIVED BY (Signature & Date)  2/3/06 | 24. Print or Type NAME and TITLE  Doraiena Runnels, Evid. Tech. |

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

SEE ATTACHED

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| | | | | | | | |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| 37. APPROVED BY (Signature & Date) DARRELL L. DAVIS | 38. TITLE  LABORATORY DIRECTOR | 39. LAB. LOCATION |

DEA Form - 7
(Sept. 1995)          Previous edition dated 4/90 may be used until stock is exhausted.          1 - Prosecution



U.S. Department of Justice

Drug Enforcement Administration

# LABORATORY REPORT

TO: New Orleans Field Office
Montgomery District Office

CASE NUMBER: KI-06-0017

FROM: South Central Laboratory (SFL6)
Dallas, Texas

| Exh. No. | Lab. No. | Active Drug Ingredient (Established or Common Name) | Gross Weight | Net Weight | Conc. or Purity | Amount of Actual Drug | Reserve Weight |
|---|---|---|---|---|---|---|---|
| 1A-K | 183388 | Marijuana | 655.5 g | 491.7 g | N/A | N/A | 485.6 g |

Remarks:

Analyzed By: James B. Iwamoto, Forensic Chemist
(Signature, Printed Name, Title)

Date: March 28, 2006

Approved By: Darrell L. Davis, Laboratory Director
(Signature, Printed Name, Title)

Date: 04/05/2006

Form LS-05-010 (July 2005)    BJR 3/29/2006

Page 1 of 1