IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 2:06-cr-12-MEF |
| | ) | |
| DEMETRIUS J. HAWKINS | ) | |

## **VERDICT**

1. We, the Jury, find the Defendant Demetrius J. Hawkins:

    _____ Not Guilty
    \_\_\_✓\_\_\_\_ Guilty

    as charged in Count One of the indictment.

    [NOTE: If you find the Defendant "Guilty" as charged in Count One, proceed to paragraph 1(a) below. If you find the Defendant "Not Guilty" as charged in Count One, you need not consider paragraph 1(a) below, but should proceed to date and sign the verdict.].

    1(a). We, the Jury, having found the Defendant guilty of the offense charged in Count One, further find with respect to that Count that he conspired to possess with intent to distribute the following controlled substance in the amount shown (place an X in the appropriate box):

    Marijuana --
    (i)   Weighing 669 pounds                                ☐
    (ii)  Weighing 210 pounds to 280 pounds                  ☒
    (iii) Weighing 200 pounds                                ☐
    (iv)  Weighing 20 pounds                                 ☐.

SO SAY WE ALL.

Date: 9-28-06

_____
Foreperson