## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * * * |
| **VS.** | *   CR NO.: 2:06-CR-12-MEF * |
| **DEMETRIUS HAWKINS** | * * * * |

## MOTION FOR TRANSCRIPT

      Comes now the Defendant, Demetrius Hawkins pursuant to 18 USC 3006A, and moves for an Order that he be furnished a Transcript of the testimony from his trial held September 25th thru the 28th, 2006, without cost to him. Defendant would represent that this transcript would greatly assist him in preparing for the re-trial and for impeachment purposes.

      Malcolm R. Newman, Attorney, PC
/s/ Malcolm R. Newman
Malcolm R. Newman (NEW017)
P.O. Box 6137
Dothan, Alabama 36302
(334)792-2132
ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2006, I electronically filed the forgoing with the Clerk of the Court using the SM/ECF System which will send notification of such filing.

                                        /s/ Malcolm R. Newman
                                        Malcolm R. Newman