IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-012-MEF |
| | ) | (WO) |
| DEMETRIUS HAWKINS | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Transcript (Doc. #138) filed on October 19, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 20th day of October, 2006.

                                                            /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE