| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: November 9, 2006 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 8:33 - 8:38 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr12-MEF | **DEFENDANT(S)** Terrence Cornelius, Demetrius J. Hawkins |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * | |
| | * Paul Cooper (Cornelius) | |
| | * Malcolm Newman (Hawkins) | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
   No problems with discovery

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Parties advised that last date for filing notice of intent to change plea is on or before 11/15/06.

☐ **TRIAL STATUS**
   Case will go to trial
   Trial time - 4 days

☐ **REMARKS:**
   Mr. Cooper states that he wants to try this case early in the week if possible as he has plans for a trip.
   Mr. Brunson states that his case agent has a final exam on Nov. 28 and would like the case to try the second week of the trial term.