IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:06-cr-12-MEF |
| ) | |
| TERRENCE CORNELIUS ) | |
| DEMETRIUS J. HAWKINS ) | |

## **O R D E R**

It is hereby ORDERED that this case is set for a status conference on Monday, November 13, 2006, at 11:00 A.M. by conference call arranged by counsel for Terrence Cornelius.

DONE this 9th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE