IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
              )
v.                 )       2:06cr12-MEF
              )
TERRENCE CORNELIUS     )
DEMETRIUS J. HAWKINS    )

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on November 9, 2006 before the undersigned Magistrate Judge.  Present at this conference were Paul Cooper, counsel for the defendant Terrence Cornelius, Malcolm Newman, counsel for defendant Demetrius J. Hawkins, and Assistant United States Attorney Kent Brunson, counsel for the government.  As a result of the conference, it is hereby ORDERED as follows:

1.    Jury selection is set for November 27, 2006.  The trial of this case is set during the trial term commencing on November 27, 2006 before Chief United States District Judge Mark E. Fuller and is expected to last 4 days.

2.    There are no motions currently pending.

3.    Proposed voir dire questions shall be filed on or before November 20, 2006.  Counsel should not include questions seeking information which is provided in the jury questionnaire.

4.    All motions in limine shall be filed on or before November 20, 2006.

Motions in limine must be accompanied by a brief.  Failure to file a brief

will result in denial of the motion.

5.    Proposed jury instructions shall be filed on or before November 20,

2006.

6.    The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C)

unless notice is filed on or before noon on November 15, 2006 .  The

government and defendant are informed that if a defendant waits until

the last minute to enter a plea, and if that plea, for whatever reason, is not

accepted by the court, the defendant and the government will be

expected to be prepared to go to trial on November 27, 2006.  The court

will not continue the trial of this case as to any defendant because a

defendant's plea was not accepted.  In other words, the defendant and the

government should not wait until the last minute for a defendant to enter

a guilty plea, and both the defendant and the government should all be

ready to go to trial on November 27, 2006, as to all defendants, even

though a particular guilty plea was not accepted by the court.

DONE, this 14th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE