IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-12-MEF |
| | ) | |
| TERRENCE CORNELIUS | ) | |
| DEMETRIUS J. HAWKINS | ) | |

## **O R D E R**

It is hereby ORDERED that this case is set for a status conference on Monday, November 20, 2006, at 1:00 P.M. by conference call arranged by counsel for Terrence Cornelius. All counsel of record are directed to participate in the conference call.

DONE this 16th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE