```
             IN THE UNITED STATES DISTRICT COURT FOR
                THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION

UNITED STATES OF AMERICA           *

v.                                 *    Case NO.2:06cr12-MEF

TERRANCE CORNELIUS and             *
DEMETRIUS J. HAWKINS,
     Defendants.                   *
```

### JOINT MOTION FOR CONTINUANCE

Comes now the Defendants, by and through their attorneys: Paul R. Cooper and Howard Greenberg for Terrance Cornelius, and Malcolm R. Newman for Demetrius J. Hawkins, and Kent B. Brunson for the United States of America, and jointly move for a continuance from the November 27, 2007 criminal jury term of court until the March 2007 criminal jury term. As grounds, they state as follows:

1. This case is set for re-trial during the two week criminal jury trial term beginning on November 27, 2007. The trial is expected to last 4-5 days.

2. The Government has a conflict with the jury term beginning on November 27, 2007. The case agent and chief witness, Joe Herman, has a conflict the first week on November 28, 2006 and requests the trial begin December 4, 2006. His presence is necessary to try the case. The Government is unopposed to a continuance. (See NOTICE OF CONFLICT WITH TRIAL SCHEDULE, Doc. 153, filed 11/13/2006).

3. Paul R. Cooper can try the case on November 27, 2007, but has a conflict beginning on December 4, 2006. He is scheduled to be out of the country that week. He is unopposed to a continuance. (See NOTICE OF CONFLICT, Doc. 149, filed 11/9/06).

4. Malcolm Newman has had logistical problems in meeting with his client due to scheduling and reviewing the trial transcript. His client lives in the Atlanta Area. He is unopposed to a continuance.

5. Howard Greenburg is unopposed to a continuance because of his scheduling and logistical problems.

Wherefore, the Government and Defendants, by and through their attorneys, jointly request a continuance.

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:   (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P

S/Howard Greenberg
Howard Greenberg
41 Schermerhorn Street
Suite 104
Brooklyn, New York 11201
Phone 732-935-0121
FAX   732-935-0120

```
                            S/Kent B. Brunson
                            KENT B. BRUNSON
                            Assistant United States Attorney
                            P.O. Box 197
                            Montgomery, AL 36101-0197
                            334.223.7280
                            334.223.7135 fax
                            kent.brunson@usdoj.gov

                            S/Malcolm R. Newman
                            Malcolm R. Newman
                            P.O. Box 6137
                            Dothan, AL 36302-6137
                            334.792.2132
                            334.671.8341 fax
                            mnewman470@aol.com
```

**CERTIFICATE OF SERVICE**

I hereby certify that on the November 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service, or delivered by other means, the documentation to the following non-CM/ECF participants: Howard Greenberg .

```
                            Respectfully Submitted,

                            S/Paul R. Cooper
                            Paul R. Cooper
                            COOPER & COOPER
                            12 Scott Street
                            Montgomery, AL 36104
                            Phone: (334)262-4887
                            Fax:   (334)262-4880
                            E-mail: prc@cooperandcooperlaw.com
                            ASB-1152-R78P
```