# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * * * |
| **VS.** | * CR NO.: 2:06-CR-12-MEF * |
| **DEMETRIUS HAWKINS** | * * * * |

## WAIVER OF RIGHT TO SPEEDY TRIAL

    Comes now Demetrius Hawkins, by and through Malcolm R. Newman, his counsel, and hereby gives notice of his waiver of his right to a speedy trial under the 18 U.S.C. S3161, et al. and the Sixth Amendment to the United States Constitution and hereby consents that the above styled case be continued from the November 2006 criminal jury term of court.

    /s/ Demetrius Hawkins
    Demetrius Hawkins


    Malcolm R. Newman, Attorney, PC
    /s/ Malcolm R. Newman
    Malcolm R. Newman (NEW017)
    P.O. Box 6137
    Dothan, Alabama 36302
    (334)792-2132
    ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

 I hereby certify that on August 29, 2006, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing.

/s/ Malcolm R. Newman
Malcolm R. Newman
