| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 12, 2007 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:06 - 3:07 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr12-UWC | **DEFENDANT(S)** Terrence Cornelius, Demetrius J. Hawkins |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Todd Brown standing in for Kent Brunson | * | |
| | * Paul Cooper (Cornelius) | |
| | * Malcolm Newman (Hawkins) | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**
   No problems

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
   Notice of intent to change plea to be filed on or before noon on 1/24/07

❏ **TRIAL STATUS**
   Trial as to both defendants
   Trial time - 4 days

❏ **REMARKS:**