IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-12-UWC |
| | ) | |
| TERRENCE CORNELIUS | ) | |
| DEMETRIUS HAWKINS | ) | |

MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, to request that this Honorable Court grant a continuance in the trial of the above styled defendants and as reason therefore, the following is submitted:

1) The trial of this case is currently scheduled to begin with jury selection on February 5, 2007.

2) Witnesses who have been subpoenaed to testify during the trial include DEA Agents John Rapp and Keith Cromer. Both of these witnesses are crucial to the trial of the case.

3) The United States was informed on January 23, 2007, that Agents Rapp and Cromer are scheduled to attend training at an OCDETF conference in Hilton Head, South Carolina, February 5, 2007, through February 9, 2007. Reservations have been made and required fees have been paid.

4) The undersigned has attempted to contact Paul Cooper, attorney for Defendant Cornelius, who is out of town until January 29, 2007, to ask his position on a trial continuance.

5) The undersigned has contacted Malcolm Newman, attorney for Defendant Hawkins who advised he does not oppose a continuance but would not be available on February 12, 2007, if the trial is continued.

6) Both Defendants are currently on bond and not in custody.

Wherefore, premises considered, the United States requests that the Motion to Continue Trial be granted.

Respectfully submitted this 25th day of January, 2007.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Kent B. Brunson
        KENT B. BRUNSON
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        334.223.7280
        334.223.7135 fax
        kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-12-MEF |
| | ) | |
| DEMETRIUS J. HAWKINS | ) | |
| TERRENCE CORNELIUS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Malcolm R. Newman and Paul Cooper.

Respectfully submitted,
LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov