IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | Criminal Case Number |
| **TERRENCE CORNELIUS and** ) | **2:06-cr-0012-UWC** |
| **DEMETRIUS HAWKINS,** ) | |
| ) | |
| Defendants. ) | |

**ORDER DENYING MOTION TO CONTINUE TRIAL**

In view of this judge's unavailability for the re-trial of this case at any other time this season, the Government's Motion to Continue Trial (Doc. 173) is hereby DENIED.

Done this 26th day of January, 2007.

_____
U.W. Clemon
United States District Judge