IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

HON. U.W. CLEMON                                 AT

DATE COMMENCED: FEBRUARY 5, 2007    AT   9:08 a.m.

DATE COMPLETED: FEBRUARY 6, 2007    AT   5:59 p.m.

UNITED STATES OF AMERICA

VS.                                              CRIMINAL CASE NO. 2:06-cr-12-UWC

TERRENCE CORNELIUS and
DEMETRIUS J. HAWKINS

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Kent B. Brunson | | Paul R. Cooper |
| | | Malcolm R. Newman |

COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: Kecia Lightner
COURT REPORTER: Penny Enoch

JURORS:

| | | | |
|---|---|---|---|
| 1. | Tami Bixby | 7. | Patricia Collins |
| 2. | Lillie Beard | 8. | Brenda Lyster |
| 3. | Patricia Fernandez | 9. | Bobby Coachman |
| 4. | Aaron Pugh | 10. | Kathi Odom |
| 5. | Teresa Ramsey | 11. | Charlie Roberts, Jr. |
| 6. | Mary Forreester | 12. | Janice Bruce |

I HEREBY CERTIFY THAT THE

ABOVE-NAMED JURORS SERVED

IN THIS CASE ON <u>2/5/07 through 2/6/07</u>

<u>Kecia L. Lightner</u>

COURTROOM DEPUTY

## COURTROOM PROCEEDINGS:

2/5/07: court opened @ 9:07 a.m. Jury Selection/Voir Dire Begun @ 10:43 a.m. Jury Selection ended @ 12:00 p.m. Jurors McKnight, Garrison, Griffin, Herman, and Evans excused for cause. Batson challenges of jurors Brundidge, Hollis, and Levert raised by dfts - challenges overruled by the court. Opening statements of counsel. Govt testimony begun. Court adjourned at 5:12 p.m.

2/6/07: court opened at 9:08 a.m. Continued testimony of govt. Govt rests. Oral motion for acquittal as to dft Cornelius - motion orally overruled by the court. Oral motion for acquittal as to dft Hawkins - motion orally overruled by the court. Dfts rests. Charge conference held. Closing arguments of counsel. Jury charge given by the court. Jury deliberations held. Jury verdict received and filed into court. Dfts found guilty and to remain on same bond, pending sentencing. Court adjourned at 5:59 p.m.