| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECEIVED | EXHIBITS 2:06-cr-12-UWC USA v. TERRENCE CORNELIUS and DEMETRIUS J. HAWKINS PLAINTIFF DEFENDANT COURT (GOVERNMENT) |
|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | |
| | 1 | 2/5 | | | | | | 2/5 | (Barnes) Picture of trailer (inside) w/ 10 u-haul boxes |
| | 2 | 2/5 | | | | | | 2/5 | (Barnes) Close-up of exhibit #1 |
| | 3 | 2/5 | | | | | | 2/5 | (Barnes) Picture of trailer (outside) |
| | 4 | 2/5 | | | | | | 2/5 | (Barnes) Close-up of exhibit #3 |
| | 5 | 2/5 | | | | | | 2/5 | (Barnes) Marijuana removed from trailer – Picture |
| | 6 | 2/5 | | | | | | 2/5 | (Barnes) same w/ Trooper Sutley included in photo |
| | 7 | 2/5 | | | | | | 2/5 | (Barnes) Picture |
| | 8 | 2/5 | | | | | | 2/5 | (Barnes) Picture (same as exhs 6+7) |
| | 9 | 2/5 | | | | | | 2/5 | (Barnes) Picture (same as exh 8) |
| | 10 | 2/5 | | | | | | 2/5 | (Rapp) Photograph |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECEIVED | EXHIBITS 2:06-cr-12-UWC USA v. TERRENCE CORNELIUS and DEMETRIUS J. HAWKINS  PLAINTIFF  DEFENDANT  COURT  (GOVERNMENT) |
|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | |
| | 11 | 2/5 | | | | | | 2/5 | (Rapp) Photograph |
| | 12 | 2/5 | | | | | | 2/5 | (Rapp) Photograph of dft Cornelius |
| | 13 | 2/5 | | | | | | 2/5 | (Rapp) Photograph of dft Cornelius |
| | 14 | 2/5 | | | | | | 2/5 | (Rapp) Photograph of dft Cornelius |
| | 15 | 2/5 | | | | | | 2/5 | (Rapp) Photograph of dft Hawkins |
| | 16 | 2/5 | | | | | | 2/5 | (Herman) Audio version of telephone conversation |
| | 17 | 2/6 | | | | | | 2/6 | (Canady) Name & number of Canady |
| | 18 | | | | | | | | |
| | 19 | 2/6 | | | | | | 2/6 | (McPherson) Car Rental Agreement - Not be used in closing or |
| | 20 | 2/6 | | | | | | 2/6 | Rental Agreement |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | | RECEIVED | EXHIBITS 2:06-cr-12-UWC USA v. TERRENCE CORNELIUS and DEMETRIUS J. HAWKINS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | PLAINTIFF |
| | | | | | | | | | | DEFENDANT |
| | | | | | | | | | | COURT |
| | | | | | | | | | | (GOVERNMENT) |
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 21 | 2/5 | | X | | | | | 2/5 | (Rapp) Handwritten notes from telephone conversation  404/660 6042 |
| | 22 | 2/6 | | | | | | | 2/6 | (Williams) McDonald's Receipt from TX |
| | 23 | | | | | | | | | |
| | 24 | | | | | | | | | |
| | 25 | | | | | | | | | |
| | 26 | | | | | | | | | |
| | 27 | | | | | | | | | |
| | 28 | | | | | | | | | |
| | 29 | | | | | | | | | |
| | 30 | | | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | | RECEIVED | EXHIBITS 2:06-cr-12-UWC USA v. TERRENCE CORNELIUS and DEMETRIUS J. HAWKINS  PLAINTIFF  DEFENDANT  COURT  ~~GOVERNMENT~~ (circled) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 31 | | | | | | | | | |
| | 32 | | | | | | | | | |
| | 33 | | | | | | | | | |
| | 34 | | | | | | | | | |
| | 35 | 2/5 | | | | | | | 2/5 | (Boutwell) Mobile # call records [404/660-6042] |
| | 36 | 2/5 | | | | | | | 2/5 | (Boutwell) Mobile # call records [917/971-6457] |
| | 37 | 2/6 | | | | | | | 2/6 | (Ward) Nextel Phone Records |
| | 38 | | | | | | | | | |
| | 39 | | | | | | | | | |
| | 40 | | | | | | | | | |