| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECEIVED | EXHIBITS 2:06-cr-12-UWC USA v. TERRENCE CORNELIUS and DEMETRIUS J. HAWKINS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | PLAINTIFF  (DEFENDANT) — Hawkins  COURT  GOVERNMENT |
| | | | SUS | O/R | RES | SUS | O/R | | |
| | 1 | 2/6 | | | | | | 2/6 | (Canady) Waiver of Rights of Canady. |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | 5 | | | | | | | | |
| | 6 | | | | | | | | |
| | 7 | | | | | | | | |
| | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| | 0 | | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECEIVED | EXHIBITS 2:06-cr-12-UWC USA v. TERRENCE CORNELIUS and DEMETRIUS J. HAWKINS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (PLAINTIFF) / ~~DEFENDANT~~ — Cornelius / COURT / GOVERNMENT |
| | | | SUS | O/R | RES | SUS | O/R | | |
| | 1 | 2/5 | | | | | | 2/5 | (Herman) Agent's hand-written notes |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | 5 | | | | | | | | |
| | 6 | | | | | | | | |
| | 7 | | | | | | | | |
| | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| | 0 | | | | | | | | |