# NONJURY TRIAL SHEET

UNITED STATES OF AMERICA

vs.                          2:06-cr-12-UWC

DEMETRIUS J. HAWKINS,

    Defendant.

**COURTROOM NOTES:**
Sentencing hearing - dft offered exhibit and witness in mitigation of punishment; exhibit received into evidence by the court. dft sentenced to 140 mos CBP, SRT 48 months, dft remanded to USM custody

| GOVERNMENT'S WITNESSES | DEFENDANT'S WITNESSES |
|---|---|
|  | Katrina Hawkins |

TRIAL DATES: 5/15/07

| COURTROOM DEPUTY | COURT REPORTER |
|---|---|
| Kecia Lightner | Penny Enoch |