| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECEIVED | EXHIBITS<br>2:06-cr-12-UWC<br>United States of America v. Demetrius J. Hawkins<br><br>PLAINTIFF<br>DEFENDANT  X<br>COURT<br>GOVERNMENT |
|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | |
| | 1 | 5/15/07 | | | | | | 5/15/07 | Certificate of Incorporation re True2Life, Inc. |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | 5 | | | | | | | | |
| | 6 | | | | | | | | |
| | 7 | | | | | | | | |
| | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| | 0 | | | | | | | | |