IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * * * |
| VS. | * CR NO.: 2:06-CR-12-MEF * |
| DEMETRIUS HAWKINS | * * * * |

## NOTICE OF APPEAL

Comes now Demetrius Hawkins and gives Notice that he appeals the conviction and judgment entered on May 15, 2007. Defendant would also request appointed counsel as he is indigent.

Malcolm R. Newman, Attorney, PC
/s/ Malcolm R. Newman
Malcolm R. Newman (NEW017)
P.O. Box 6137
Dothan, Alabama 36302
(334)792-2132
ASB-2826-M39M

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing.

/s/ Malcolm R. Newman
Malcolm R. Newman