AO 245B  (Rev. 06/05) Judgment in Criminal Case
         Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT:      DEMETRIUS J. HAWKINS
CASE NUMBER:    2:06-cr-12-UWC

2007 JUL 30 P 12:31

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **ONE HUNDRED FORTY (140) MONTHS**

The court makes the following recommendations to the Bureau of Prisons:

**RETURNED AND FILED**

**AUG – 1 2007**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

X   The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

   at _____ a.m. p.m. on _____.

   as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   before 2 p.m. on _____.

   as notified by the United States Marshal.

   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __7-23-07__ to __USP ATLANTA__
at __1723__, with a certified copy of this judgment.

Loren A. Grayer
UNITED STATES MARSHAL
                                    Warden
By J. Furmonel
DEPUTY UNITED STATES MARSHAL
Admin Tech