

**Andrea Ware/CA11/11/USCOURTS**
11/26/2007 10:42 AM

To: Yolanda Williams/ALMD/11/USCOURTS@USCOURTS
cc: Donna Norfleet/ALMD/11/USCOURTS@USCOURTS, Shirley M Brown/CA11/11/USCOURTS@USCOURTS
bcc:
Subject: 1st request for ROA; 07-12336-AA (DC: 2:06-00012 CR N)

CA11# 07-12336-AA
USA v. Demetrius J. Hawkins
MAL: 2:06-00012 CR N
----------------------------------------

Andrea Ware, Supervisor
Court of Appeals -11th Circuit
56 Forsyth Street
Atlanta, Georgia 30303
404-335-6218