RECEIVED

2008 APR -7 P 1: 47

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

April 04, 2008

**Appeal Number: 07-12336-AA**
Case Style: USA v. Demetrius J. Hawkins
District Court Number:  06-00012 CR-N

TO:   Debra P. Hackett

CC:   Paul R. Cooper

CC:   Alan S. Clarke

CC:   Kent B. Brunson

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED
2008 APR -7 P 1: 47

For rules and forms visit
www.ca11.uscourts.gov

April 04, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-12336-AA**
Case Style: USA v. Demetrius J. Hawkins
District Court Number:  06-00012 CR-N

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
   Original Exhibits, consisting of: Two Sealed Envelopes and Two psi's
   Original record on appeal or review, consisting of: Ten Volumes

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Will Miller (404) 335-6194

Encl.

MDT-1 (06/2006)