IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:06cr12-MHT |
| | ) | (WO) |
| DEMETRIUS J. HAWKINS | ) | |

ORDER

It is ORDERED that the government show cause, if any there be, in writing by June 11, 2015, as to why defendant Demetrius J. Hawkins's petition to release collateral (doc. no. 221) should not be granted.

DONE, this the 28th day of May, 2015.

                                         /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE