IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:06cr12-MHT
                            )            (WO)
DEMETRIUS J. HAWKINS        )
```

OPINION AND ORDER

Upon consideration of defendant Demetrius J. Hawkins's motion for early termination of supervised release (doc. no. 231) and the probation department's response (doc. no. 223), it is ORDERED that the motion is denied with leave to renew, as explained below.

Probation reports that Hawkins has complied with all terms of supervised release since beginning his supervision on August 11, 2017, and has exhibited a positive attitude towards supervision. The court commends Hawkins for his attitude, his lack of positive drug tests, his consistent employment and stable housing, and his avoidance of criminal activity. It does appear that Hawkins is on the road to rehabilitation.

However, Hawkins has a very significant criminal history, with a score of VI at the time of sentencing, and his history includes serious violent offenses. Furthermore, Hawkins has completed only about one quarter of his four-year term of supervised release. In light of this relatively short period of compliance and his significant history of serious criminal activity, the court is not yet convinced that supervision is unnecessary. The court finds that Hawkins should remain on supervision in an effort to deter further criminal conduct and to protect the public from further crimes of the defendant. *See* 18 U.S.C. § 3553 (a)(2)(B) & (C). However, should Hawkins complete three years of supervised release with stable housing and employment and without any violations, the court would be willing to consider the issue again.

DONE, this the 17th day of October, 2018.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE